UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

09 DEC 30 PM 4:41

CLERK, U.S. DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MARTIN SALDANA-VASQUEZ <br><br> Defendant. | CASE NO. 09CR4088-WQH (mdc) <br><br> BY: _____ DEPUTY <br><br> **JUDGMENT OF DISMISSAL** <br> (Rule 48, F.R.Crim.P.) |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice;

___  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) of: _as charged in the Information_ .

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 48, Federal Rules of Criminal Procedure.

DATED: DECEMBER 29, 2009

                                      RUBEN B. BROOKS
                                      UNITED STATES MAGISTRATE JUDGE

                                      ENTERED ON _____